TOWN OF OYSTER BAY, Respondent, v. STEHLI, Appellant. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Action by the Town of Oyster Bay against Emil J. Stehli. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 132 N. Y. Supp. 1149.

TOWN OF PELHAM, Appellant, v. SHINN, Respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by the Town of Pelham against John M. Shinn. No opinion. Motion denied, without costs. See, also, 131 N. Y. Supp. 1147; infra.

TOWN OF PELHAM, Appellant, v. SHINN, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by the Town of Pelham against John M. Shinn.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 131 N. Y. Supp. 1147; supra.
BURR, J., not voting.

In re TRACY. (Supreme Court, Appellate Division, First Department. January 26, 1912.) In the matter of Rollin Tracy. No opinion. Motion granted. Settle order on notice. See, also, 131 N. Y. Supp. 1147.

TREFTS, Respondent, v. BUFFALO FERTILIZER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by George M. Trefts against the Buffalo Fertilizer Company. No opinion. Judgment and order affirmed, with costs.

TROUZZO, Respondent, v. SUTHERLAND, Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Francesco Trouzzo against Leslie Sutherland, as receiver of the Yonkers Railroad Company. No opinion. Judgment and order affirmed by default, with costs.

TRUESDELL, Appellant, v. BOURKE, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by John W. Truesdell, as administrator, etc., against Hannie L. Bourke. No opinion. Judgment affirmed, with costs. See, also, 131 N. Y. Supp. 1147.

TRUST CO. OF AMERICA v. GARRISON et al. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by the Trust Company of America against Constance C. Garrison and Conde Nast, as trustee, impleaded with Sophie Marchais La Grave and others. No opinion. Order affirmed, with $10 costs and disbursements.

TRUSTEES, ETC., OF TOWN OF BROOKHAVEN, Respondents, v. PORT JEFFERSON MILLING CO., Appellant. (Supreme Court, Appellate, Division, Second Department. March 8, 1912.) Action by the Trustees, etc., of the Town of Brookhaven against the Port Jefferson Milling Company. No opinion. Judgment affirmed, with costs.

TULLOCK, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by George L. Tullock against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. For former opinion, see 132 N. Y. Supp. 88.

TURNER, Appellant, v. BOUBOLIS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Sarah J. Turner against Nicholas Boubolis and others. No opinion. Interlocutory judgment affirmed, with costs.

TYNDALL v. PINELAWN CEMETERY. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by William D. Tyndall against the Pinelawn Cemetery. No opinion. Motion granted. Order filed. See, also, 135 App. Div. 924, 122 N. Y. Supp. 1151; infra.

TYNDALL v. PINELAWN CEMETERY et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by William D. Tyndall against the Pinelawn Cemetery and others. No opinion. Motion granted, as stated in order. Order filed. See, also, supra. ·

TYNDALL v. PINELAWN CEMETERY et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by William D. Tyndall against the Pinelawn Cemetery and others. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, supra.

In re UNION BANK OF BROOKLYN. (Supreme Court, Appellate Division, Second Department. November 21, 1911.) In the matter of the examination of Union Bank of Brooklyn. Appeal No. 1.
PER CURIAM. Reargument ordered, and cases set down for Friday, November 24, 1911, as Jenks, P. J., will not take part in the decision. See, also, 133 N. Y. Supp. 62.
JENKS, P. J., not voting.

In re UNION BANK OF BROOKLYN. (Supreme Court, Appellate Division, Second Department. December 8, 1911.) In the matter of the examination of Union Bank of Brooklyn.

Appeal No. 1. No opinion. Appeal dismissed on reargument, with $10 costs and disbursements. See, also, 133 N. Y. Supp. 62.

**UNION BANK OF BROOKLYN**, Respondent, v. **SCHNEIDER** et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by the Union Bank of Brooklyn against David Schneider and others. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements. See, also, 131 N. Y. Supp. 1148.

**UNION WAXED & PARCHMENT PAPER CO.**, Respondent, v. **GARDNER**, Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by the Union Waxed & Parchment Paper Company against Frank J. Gardner. J. Deyo, for appellant. L. L. Gilbert, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to serve amended answer, on payment of costs in this court and in the court below. Order filed. See, also, 132 N. Y. Supp. 1149.

**VAN CORTLANDT** v. **DE GRAFFENRIED.** (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Gertrude Van Cortlandt against Raoul De Graffenried. No opinion. Motion granted, and question certified. Order filed. See, also, 132 N. Y. Supp. 1107.

**VAN GAASBEEK**, Respondent, v. **TISDALE LUMBER CO.** et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Richard M. Van Gaasbeek against the Tisdale Lumber Company, and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re **VILLAGE OF BRONXVILLE.** (Supreme Court, Appellate Division, Second Department. March 8, 1912.) In the matter of the application of the Village of Bronxville for a writ of certiorari, directed to Frank W. Stevens and others, as commissioners, etc., to compel acceptance by the New York Central & Hudson River Railroad Company of notice of appeal, etc. No opinion. Motion to compel acceptance of notice of appeal denied, without costs. See, also, infra.

In re **VILLAGE OF BRONXVILLE.** (Supreme Court, Appellate Division, Second Department. March 15, 1912.) In the matter of the appeal by the Village of Bronxville from a decision and determination of the Public Service Commission, etc., of a petition of the New York Central & Hudson River Railroad Company as to the elimination of a grade crossing in said village, etc. No opinion. Motion denied, without costs. See, also, supra.

**VON MUNCHOW**, Respondent, v. **MORTON**, Appellant. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Action by Emma Von Munchow against Eliza A. Morton. No opinion. Order affirmed, with $10 costs and disbursements, and motion denied, without costs.

**WALLACE** v. **CITY OF NIAGARA FALLS** et al. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Mathilde C. Wallace against the City of Niagara Falls and others. No opinion. Order affirmed, with $10 costs and disbursements to abide event, without prejudice to a renewal of the motion if the plaintiff shall refuse to try the case at the next Special Term.

**WALRATH**, Respondent, v. **HANOVER FIRE INS. CO.**, Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Charles M. Walrath against the Hanover Fire Insurance Company. No opinion. Reargument ordered. See, also, 139 App. Div. 407, 124 N. Y. Supp. 54.

**WALSH**, Respondent, v. **AMERICAN LEAD PENCIL CO.**, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Mary Walsh against the American Lead Pencil Company. Appeal No. 1.

PER CURIAM. Order vacating order requiring plaintiff to furnish security for costs reversed, with $10 costs and disbursements, and order reinstated, upon the ground that it appears by a fair preponderance of evidence that the plaintiff was not a resident of the state of New York when the action was commenced.

HIRSCHBERG, J., dissents.

**WALSH**, Respondent, v. **AMERICAN LEAD PENCIL CO.**, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Mary Walsh against the American Lead Pencil Company. Appeal No. 2.

PER CURIAM. Order denying motion to change place of trial to New York County reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the ground that plaintiff was not a resident of this state when the action was commenced, and that defendant is a domestic corporation having its office and place of business in the county of New York.

HIRSCHBERG, J., dissents.

**WALSTEIN**, Appellant, v. **INTERNATIONAL RY. CO.**, Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Edward Walstein against the International Railway Company. No opinion. Order affirmed, with costs.

**WANDS** v. **POUND** et al. (Supreme Court, Appellate Division, Fourth Department. Oc-